In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-00526-CV


____________________



9MM TAURUS MODEL PT 111 HANDGUN SERIAL NO. TTD 96410,


.45 CAL FIRESTAR HANDGUN SERIAL NO. 2168970, 


SAVAGE MODEL 110-270 SERIAL NO. F723621, 


and HI POINT MODEL 995 SERIAL NO. B8145087 (Chad Davis), Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 411th District Court


San Jacinto County, Texas


Trial Cause No. 10907






MEMORANDUM OPINION


 On December 4, 2008, Chad Davis filed a motion for extension of time to file notice
of appeal. The appellee did not file a response to the motion. The trial court signed the
judgment on July 31, 2008. Assuming the appellate timetables were extended by the timely
filing of a post-judgment motion on or before September 2, 2008, notice of appeal was due
to be filed on October 29, 2008. See Tex. R. App. P. 26.1(a). Davis filed a notice of appeal
dated November 28, 2008, on December 4, 2008. The notice is both dated and filed more
than ninety days from the date of judgment and outside the time for which we may grant an
extension of time to perfect appeal. See Tex. R. App. P. 26.3. This Court lacks jurisdiction
over this appeal. 

 Accordingly, we deny the motion for extension of time to file notice of appeal and
dismiss the appeal for lack of jurisdiction.

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered January 15, 2009


Before McKeithen, C.J., Gaultney and Kreger, JJ.